1  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
2  Sarah N. Westcot (State Bar No. 264916)
   1990 North California Boulevard, Suite 940
3  Walnut Creek, CA  94596
   Telephone: (925) 300-4455
4  Facsimile:  (925) 407-2700
   E-Mail: ltfisher@bursor.com
5          swestcot@bursor.com

6  *Attorneys for Plaintiff Brenda Freeman*

7

8

9                       **UNITED STATES DISTRICT COURT**

10                      **SOUTHERN DISTRICT OF CALIFORNIA**

11

| IN RE:  ARCTIC ZERO, INC. | Case No. 3:12-cv-02063-GPC-NLS<br><br>**STIPULATION OF VOLUNTARY DISMISSAL AS TO PLAINTIFF BRENDA FREEMAN PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
|---|---|

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Brenda Freeman and Defendant Arctic Zero, Inc., through their respective counsel of record, hereby stipulate to this dismissal, with prejudice, of all claims for relief asserted by Brenda Freeman against Arctic Zero, Inc. in the above-captioned action.  This stipulation of dismissal shall not effect the claims of any other plaintiff in this action.  Each party shall bear its own costs and fees.

Dated:  September 11, 2013 **BURSOR & FISHER, P.A.**

By:  */s/ L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Boulevard, Suite 940
Walnut Creek, California 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
          swestcot@bursor.com

*Counsel for Plaintiff Brenda Freeman*

Dated:  September 11, 2013 **BRAUNHAGEY & BORDEN, LLP**

By: */s/ Matthew Borden*

Matthew Borden (State Bar No. 214323)
220 Sansome Street, Second Floor
San Francisco, CA  94104
Telephone:  (415) 599-0210
Facsimile:   (415) 276-1808
E-Mail:  borden@braunhagey.com

*Counsel for Defendant Arctic Zero, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document *via* the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed on September 11, 2013, at Walnut Creek, California.

_____
Debbie Schroeder