

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

IN RE: ARCTIC ZERO, INC.

Civil Action No.   12-cv-2063-GPC-NLS

JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Pursuant to Rule 68 of the Federal Rules of Civil Procedure Judgment is Entered against Defendant Arctic Zero, Inc. and in favor of Plaintiff Altara Michelle in her individual capacity for the sum total of one thousand dollars ($1000.00) USD, representing a refund of Plaintiff's alleged purchases of Defendant's products.

**Date:**   9/16/13

CLERK OF COURT
W. SAMUEL HAMRICK, JR.
By:  s/  S. Melvin

S. Melvin, Deputy