

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

IN RE: ARCTIC ZERO, INC.

Civil Action No.   12-cv-2063-GPC-NLS

JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Pursuant to Rule 68 of the Federal Rules of Civil Procedure Judgment is Entered against Defendant Arctic Zero, Inc. and in favor of Plaintiff Lori-Ann Gertler in her individual capacity for the sum total of one thousand dollars ($1000.00) USD,  representing a refund of Plaintiff's alleged purchases of Defendant's products.

Date:   9/17/13

CLERK OF COURT
W. SAMUEL HAMRICK, JR.
By:  s/  S. Melvin

S. Melvin, Deputy